**Nicholas Warner JONES,
Plaintiff—Appellant,**

v.

**Arrie W. DAVIS, Judge; Robert M. Bell,
Chief Judge; Baltimore City Munici-
pal Corporation, Defendants—Appel-
lees.**

No. 04–6849.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 2, 2005.

Nicholas Warner Jones, Appellant pro
se.

Before LUTTIG and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Nicholas Warner Jones appeals the dis-
trict court's order denying his motion for
reconsideration of an order denying relief
on his 42 U.S.C. § 1983 (2000) complaint.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*See Jones v. Davis,* No. CA–03–3526–1 (D.
Md. filed Feb. 24, 2004; entered Fed. 25,
2004). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*